UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE: Jesse Ray Lewis          CHAPTER 13 CASE NO:05BK13787
       Helen Marie Lewis

**TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Paul H. Davidson, Standing Chapter 13 Trustee, who reports the following:

1.

That pursuant to code section 347(a) of Title 11, ninety (90) days after the final distribution under Section 1326, the Trustee shall stop payment on any check remaining unpaid and any remaining property of the estate shall be paid into the Court for disposal under Chapter 129 of Title 28.

2.

That in the above styled matter, ninety (90) days or more has passed since final distribution was made and pursuant to Rule 3011, the name of party to whom such non-negotiated distribution check was issued, the amount of the check and the creditor's last known address is as follows:
Dakota State Bank
P O Box 161
Sioux Falls SD 57101-0161

3.

The Trustee's check for $10.32, payable to the Clerk, U. S. Bankruptcy Court, is attached.

Respectfully submitted this 8th day of December 2009.

Paul H. Davidson
Standing Chapter 13 Trustee
P. O. Box 19300
Shreveport, LA 71149-0300

CR#15985 U-33/0052; v743712 r618596